**No. 10-8443. Eric Tolonen, Petitioner v. Jeff Pugh, Warden.**

563 U.S. 957, 131 S. Ct. 2148, 179 L. Ed. 2d 932, 2011 U.S. LEXIS 2972.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1260, 131 S. Ct. 1578, 179 L. Ed. 2d 481, 2011 U.S. LEXIS 1780.

**No. 10-8561. Simon Banks, Petitioner v. Devon Brown, Director, District of Columbia Department of Corrections.**

563 U.S. 958, 131 S. Ct. 2148, 179 L. Ed. 2d 932, 2011 U.S. LEXIS 2838.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1260, 131 S. Ct. 1580, 179 L. Ed. 2d 482, 2011 U.S. LEXIS 1850.

**No. 10-8628. Keith O'Neil Perry, Petitioner v. Linda Sanders, Warden, et al.**

563 U.S. 958, 131 S. Ct. 2148, 179 L. Ed. 2d 932, 2011 U.S. LEXIS 2828.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1261, 131 S. Ct. 1580, 179 L. Ed. 2d 482, 2011 U.S. LEXIS 1785.

**No. 10-8762. Anthony Joseph Tenerelli, Petitioner v. United States.**

563 U.S. 958, 131 S. Ct. 2148, 179 L. Ed. 2d 932, 2011 U.S. LEXIS 2913.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1264, 131 S. Ct. 1589, 179 L. Ed. 2d 488, 2011 U.S. LEXIS 1779.

**No. 10-8767. Alan King, Jr., Petitioner v. United States.**

563 U.S. 958, 131 S. Ct. 2148, 179 L. Ed. 2d 932, 2011 U.S. LEXIS 2937.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1264, 131 S. Ct. 1589, 179 L. Ed. 2d 488, 2011 U.S. LEXIS 1774.